BERMINGHAM, Respondent, v. G. H. GERARD, SON & CO., Appellants, et al. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Edward J. Bermingham against G. H. Gerard, Son & Co., impleaded. F. W. Catlin, for appellants. W. E. Weaver, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, on the ground that the verdict is against the weight of evidence. Order filed.

INGRAHAM and LAUGHLIN, JJ., dissent.

BERNSTEIN, Respondent, v. BAUMANN, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Daniel Bernstein, by Henry S. Goodspeed, his guardian ad litem, against Samuel Baumann.

PER CURIAM. Order denying motion to dismiss reversed, with $10 costs and disbursements, upon the ground that statements in defendant's affidavit, uncontroverted or unexplained, show that plaintiff was guilty of unreasonable delay and neglect to proceed with the action, and motion granted, with $10 costs.

BERNSTEIN, Respondent, v. BAUMANN, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Pearl Bernstein against Samuel Baumann.

PER CURIAM. Order denying motion to dismiss reversed, with $10 costs and disbursements, upon the ground that statements in defendant's affidavit, uncontroverted or unexplained, show that plaintiff was guilty of unreasonable delay and neglect to proceed with the action, and motion granted, with $10 costs.

BITTERMAN v. WEINSTEIN et al. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Theodore Bitterman against Julius Weinstein and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 120 N. Y. Supp. 401.

BLAIKIE v. POST. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Rebecca S. Blaikie against Franklin Post. No opinion. Motion denied. Order filed.

BLAIR v. NEW YORK TRANSP. CO. (two cases). (Supreme Court, Appellate Division, First Department. December 24, 1909.) Actions by William S. Blair and by Thomas H. Blair against the New York Transportation Company. No opinions. Applications denied, with $10 costs. Orders signed. See, also, 117 N. Y. Supp. 1129.

BLAKE, Appellant, v. SHOEMAKER, Respondent. (Supreme Court, Appellate Division, Third Department. January 14, 1910.) Action by John B. Blake against Emma Shoemaker. No opinion. Motion denied. See, also, 130 App. Div. 891, 114 N. Y. Supp. 1119; 131 App. Div. 919, 115 N. Y. Supp. 1112.

In re BLOCH. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) In the matter of the application of Bernhard Bloch for license and admission to practice as an official examiner of title. No opinion. Application granted, and bond approved.

In re BOROUGH OF BROOKLYN IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) In the matter of acquiring title by the city of New York to certain land and premises situated in the block bounded by Chauncey street, Marion street, Hopkinson avenue, and Rockaway avenue, in the borough of Brooklyn, duly selected according to law for use as a storage yard for the department of highways. No opinion. Motion granted, without costs.

BOSCA, Appellant, v. BROOKLYN, Q. C. & S. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department, December 30, 1909.) Action by Leila S. Bosca against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

BOSKOWITZ v. SULZBACHER. (Supreme Court, Appellate Division, First Department. January 14, 1910.) Action by Jesse L. Boskowitz against Joseph H. Sulzbacher. No opinion. Motion denied, with leave to renew as stated in order. Order filed. See, also, 128 App. Div. 537, 112 N. Y. Supp. 890.

BOWMAN, Respondent, v. FURBER, Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 14, 1910.) Action by Archibald Bowman against Percy N. Furber and others. No opinion. Interlocutory judgment affirmed, with costs. See, also, 119 N. Y. Supp. 1115.

BRADFORD, Appellant, v. HOFFMAN PAPER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 19, 1910.) Action by Ira A. Bradford against the Hoffman Paper Company. No opinion. Interlocutory judgment affirmed, with costs, with leave to the plaintiff to plead over within 20 days upon payment of the costs of the demurrer and of his appeal.

BRADLEY v. JAECKEL. (Supreme Court, Appellate Division, First Department, January 28, 1910.) Action by William Bradley against Adelbert Jaeckel. No opinion. Motion for stay denied, with $10 costs. Order filed. See, also, 119 N. Y. Supp. 1071.

BRADY, Respondent, v. HUDSON RIVER & E. TRACTION CO., Appellant. (Supreme

Court, Appellate Division, Second Department. December 30, 1909.) Action by Thomas Brady, an infant, by John B. Brady, his guardian ad litem, against the Hudson River & Eastern Traction Company. No opinion. Judgment and order unanimously affirmed, with costs.

BRADY, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1909.) Action by Mary Brady, as administratrix, etc., of Patrick Brady, deceased, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs, on the authority of Brady v. N. Y. C. & H. R. R. Co., 127 App. Div. 347, 111 N. Y. Supp. 507. See, also, 118 N. Y. Supp. 1096.

HIRSCHBERG, P. J., dissents.

BRADY, Respondent, v. NOLAN, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Bernard Brady against David Nolan. No opinion. Judgment modified, by deducting therefrom, as of the date of the decision, the sum of $47.70 allowed as interest, and, as so modified, affirmed, without costs of this appeal to either party.

BRANDES, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Carl Brandes against the International Railway Company.

PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents.

BRANGACCIO, Respondent, v. WEBER PIANO CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by Vingenzo Brangaccio against the Weber Piano Company. No opinion. Order, in so far as appealed from, reversed, with $10 costs and disbursements, and motion granted.

BRANT, Appellant, v. SIEGER, Respondent. (Supreme Court, Appellate Division, Second Department. December 10, 1909.) Action by Henry L. Brant against Philip C. Sieger. No opinion. Motion denied, with costs. See, also, 132 App. Div. 896, 116 N. Y. Supp. 1131.

BRANT, Appellant, v. SIEGER, Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Henry L. Brant against Philip C. Sieger. No opinion. Appeal dismissed, with costs. See, also, 132 App. Div. 896, 116 N. Y. Supp. 1131.

BRAUN, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 12, 1910.) Action by Mary Braun, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No

opinion. Judgment and order (116 N. Y. Supp. 668) affirmed, with costs.

BREEZE v. BAYNE et al. (Supreme Court, Appellate Division, Fourth Department. December 10, 1909.) Action by William B. Breeze against Trivet Bayne and another. No opinion. Judgment affirmed, with costs.

BREWER, Appellant, v. ELDRIDGE, Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Joseph Brewer against Louise U. Eldridge. No opinion. Judgment affirmed, with costs.

BROWN, Respondent, v. BROOKLYN, Q. C. & S. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 14, 1910.) Action by Isaac Brown against the Brooklyn, Queens County & Suburban Railroad Company. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

BROWN, Appellant, v. NATIONAL FIRE INS. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by John L. Brown against the National Fire Insurance Company. No opinion. Judgment affirmed, with costs.

In re BRUBAKER. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) In the matter of the application of Arthur Brubaker for admission to the bar. No opinion. Application granted.

BRYERS, Respondent, v. IROQUOIS CHINA CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 26, 1910.) Action by Frederick G. Bryers against the Iroquois China Company.

PER CURIAM. Judgment and order of County Court and judgment and order of Municipal Court reversed, with costs in all courts to appellant. Held, that the plaintiff failed to establish actionable negligence against the defendant.

KRUSE, J., dissents.

BUCKLEY, Appellant, v. HASELL, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Leander J. Buckley against Adelia A. Hasell, individually, etc. J. S. Davenport, for appellant. H. H. Snedeker, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 118 App. Div. 356, 103 N. Y. Supp. 377.

BURNS et al., Appellants, v. BENNETT, Respondent. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Bridget Burns and another against William W. Bennett. No opinion. Motion to open default denied, with costs. See, also, 119 N. Y. Supp. 1116.

BURSTEIN, Respondent, v. LEVINE, Appellant. (Supreme Court, Appellate Division,